IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOLLY BEULAH MILDRED CRANDALL, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**COUNTY OF SARPY, et al.,** )<br>)<br>**Defendants.** ) | **8:10CV97**<br><br>**ORDER** |

This matter is before the court on plaintiffs' Motion to Amend Complaint [85]. Response time has passed, and the court did not receive a response in opposition to the motion. Upon review of the proposed amended complaint, the court finds that plaintiff's motion should be granted. Pursuant to Fed. R. Civ. P. 15(a) and NECivR 15.1,

**IT IS ORDERED:**

1. Plaintiff's Motion to Amend Complaint [85] is granted. Plaintiff is given until and including **August 16, 2006** to file and serve the amended complaint.

2. Defendants shall respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a).

**DATED July 26, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**