IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOLLY BEULAH MILDRED CRANDALL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SARPY, et al., <br><br> Defendants. | 8:10CV97 <br><br> ORDER |

Upon review of the file, and noting the plaintiffs' objection (Doc. 122),

**IT IS ORDERED:**

1. The motions (Docs. 116 & 118) of defendants, Sarpy County and Eric Parks, for leave to file dispositive motions out of time are granted.

2. Sarpy County and Eric Parks shall file and serve their dispositive motions, together with supporting briefs and necessary evidentiary materials, no later than **March 10, 2011**. Plaintiffs shall file a responsive brief within 21 days after the defendants' motions and supporting brief are filed and served. See NECivR 7.0.1(a) & (b).

**DATED March 3, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**